UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER DINEAA BAHTUOH AND DERRICK DASEAN HOLLIDAY,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY WHITE AND KATHRYN HALVORSON<br><br>Defendants. | Case No. 24-CV-541 (NEB/DJF)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The Court has received the May 21, 2025, Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 78.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter,

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 78) is ACCEPTED;

2. Defendants Jeffrey White and Kathryn Halvorson's Motion for summary Judgment (ECF No. 65) is GRANTED; and

3. The action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  July 15, 2025                              BY THE COURT:

                                                   <u>s/Nancy E. Brasel</u>
                                                   Nancy E. Brasel
                                                   United States District Judge